# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDY ROBERT BRIONES,<br><br>          Petitioner,<br>vs.<br><br>LELAND MCEWEN, et al.,<br><br>          Respondent. | Case No. CV 10-9674 MMM (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATE: November 30, 2011            _____
                                                  HON. MARGARET M. MORROW
                                                  UNITED STATES DISTRICT JUDGE