JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANDY ROBERT BRIONES, | ) | Case No. CV 10-09674 MMM (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| LELAND MCEWEN, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: November 30, 2011

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE